# EXHIBIT A

## Membership Terms

Upon mutual acceptance of the Terms and Conditions herein, Forum.Robocalls.Cash (hereinafter "The Forum") enters into a Membership Agreement with you, as the Member.

## Definitions

- Membership Agreement: The Agreement executed by THE FORUM and the Member through which the Member becomes a member of THE FORUM.
- Member: The individual that has joined THE FORUM in order to participate in the forums and other activities through execution of the Membership Agreement.
- Forum(s): Working entities set up by THE FORUM for the benefit of its members.
- Information: Any words, expressions, non-public information, data, knowledge, specifications, computer programs or documentation or other technical or business information in written, graphic or other tangible or electronic form furnished or disclosed to THE FORUM or any other party in the course of Membership Meetings, Forums' or other activities and/or as a result of the Member's use of such Materials.
- Contribution(s): Information that is provided by the Member in the course of discussions leading to Material to be published by THE FORUM.
- Material(s): Standards, specifications, white papers, guides, reports, snapshots, recordings, spreadsheets, corrigenda, case studies, literature, and other documentation published or shared by THE FORUM.

## THE FORUM Standards Process

Member participation in any Meetings, Forums' or Work Group activities shall be governed by THE FORUM Standards as determined exclusively by THE FORUM management.

## Confidentiality and Intellectual Property

To enable open, safe, voluntary, neutral discussions and contributions to be published by THE FORUM, Member agrees to the following obligations of confidentiality with respect to Information received through participation and to the resulting intellectual property of Contributions made:

- To maintain all Information in confidence, using the same degree of care the Member uses to protect its own proprietary information of like importance, but in no event less than a reasonable degree of care. Information disclosed shall be kept confidential to Members only.
- To disclose Information only to its other Members and to comply with the confidentiality terms set out in this Agreement.
- That the provisions set out in these Terms and Conditions shall not apply to Information which:
    - 
        - Is or becomes a part of the public domain.
        - Is demonstrably known to the Member prior to disclosure within the Forums
        - Was independently developed by the Member outside of the Membership Agreement.
        - Was rightfully obtained by the Member from third parties with no obligation of confidentiality.
- That the obligations of confidentiality set out above shall remain in effect for the duration of the Membership Agreement and five (5) years (60 months) subsequent to termination thereof.
- That the Information received by the Member is be deemed the property of THE FORUM, and shall be returned to THE FORUM upon request.

- That the Information contributed by the Member and the resulting published Material is deemed the intellectual property of THE FORUM for the protection of all members.
- That Member shall act consistent with the above without deviation for the duration.

For the avoidance of doubt, the Member retains the right to continue to use all Information contributed by the Member, and all rights not specifically granted under this Agreement are reserved.

## Representation and Warranty

ALL MATERIALS AND INFORMATION PROVIDED BY THE FORUM ARE PROVIDED "AS IS", AND THE FORUM MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL THE FORUM BE LIABLE FOR ANY LIABILITY WHETHER IN CONTRACT, TORT OR OTHERWISE FOR ANY LOSSES OR DAMAGE ARISING OUT OF OR RELATING TO THIS AGREEMENT. IN NO EVENT SHALL THE FORUM BE LIABLE FOR ANY INDIRECT OR CONSEQUENTIAL LOSSES INCLUDING, WITHOUT LIMITATION, ANY LOSS OF PROFITS, CONTRACTS, PRODUCTION OR USE.

## Not legal advice or service

MEMBER ACKNOWLEDGES THAT THE FORUM IS NOT A LEGAL SERVICE, LAW FIRM OR LAWYER AND DOES NOT PROVIDE LEGAL ADVICE IN ANY WAY, SHAPE OR FORM. ANY CONTENT WHICH IS INTERPRETED OTHERWISE IS DISCLAIMED AS BEING MISPLACED, DISAVOWED, UNINTENDED AND WHOLLY INACCURATE. FOR ANY MATTER UPON WHICH MEMBER IS CONSIDERING LEGAL ACTION, MEMBER IS URGED TO SEEK THE ADVICE OF LICENSED LEGAL COUNSEL, MEMBER AFFIRMS THAT MEMBER WILL NOT RELY UPON THE FORUM AS PROVIDING LEGAL ADVICE IN ANY SHAPE OR FORM THAT TOUCHES UPON OR IMPLICATES MEMBER'S LEGAL RIGHTS. BY PARTICIPATING, MEMBER AFFIRMS THAT THE FORUM DOES NOT PRACTICE

LAW AND DOES NOT HOLD ITSELF OUT AS BEING IN ANY WAY A PART OF THE LEGAL PROFESSION.

Member acknowledges that because of the special nature of THE FORUM it is reasonable for THE FORUM to exclude liability as above and for the Member to take measures, including but not limited to seeking personal legal advice where appropriate, to mitigate or prevent any potential harm or losses that may arise (provided that such measures are not in breach of these Terms and Conditions).

If any third party makes or threatens to make any claim (or if, in the opinion of THE FORUM such a claim is likely) that the use by the Member of any Materials or other Information provided by THE FORUM infringes any intellectual property right of such third party, or for any other reason, THE FORUM may, at its option, either secure the Member's right to continue using the Materials, make the Materials non-infringing or withdraw the Materials whereupon Member shall not be authorized to make any further use of the materials. This sub-clause states the entire responsibility of THE FORUM concerning infringement of third party intellectual property rights.

## Renewal

The Membership Agreement shall **automatically renew upon each anniversary date unless terminated in accordance with "Termination" below**.

## Termination

The Membership Agreement may be terminated:

- By Member upon giving THE FORUM thirty (30) days' notice in writing before any anniversary of the date hereof.
- By THE FORUM at its discretion, upon written notice to the Member if the Member has committed any act considered by THE FORUM to be a material breach of the Membership Agreement and/or in the case

of a breach capable of being remedied, has failed to remedy the breach, within 24 hours after the receipt of a written request from THE FORUM notifying the Member of such breach.
- By THE FORUM on written notice to the Member if the Member fails to pay any sum(s) due to THE FORUM under the Membership Agreement and such sum(s) remain unpaid for thirty (30) days after written notice from THE FORUM that such sum(s) have not been paid.
- For the avoidance of doubt, termination of the Membership Agreement for any reason shall not entitle the Member to any refund of the annual fee paid, and any undue invoice shall be due and payable.

## Modification

These Terms and Conditions may be modified by the inclusion by THE FORUM of additional requirements or terms on thirty (30) days written notice to the Member. In the event that the Member does not agree to such additional requirements, the Member may resign from THE FORUM upon thirty (30) days written notice. The Member shall not be entitled to a refund of membership fees pursuant to such resignation.

## Governing Law

The Membership Agreement shall be governed by and interpreted in accordance with the laws of the State of Texas.

If any provision of the Membership Agreement is for any reason declared illegal in any country, all other provisions shall remain in full force and effect to the fullest extent permitted by such law.

For the avoidance of any doubt, any such finding of illegality in any country shall not affect the validity of any provisions of the Membership Agreement in other countries.

## Venue and Jurisdiction

Member understands and agrees that any legal claims, actions, claims, disputes, arbitrations or other formal disagreements of any kind involving Member and THE FORUM shall be filed exclusively in Collin County, Texas, without exception and that Member shall be responsible for any attorney fees and cost incurred by THE FORUM incurred for any matters brought in any other jurisdiction or venue.

## Indemnification

Member agrees to indemnify and hold harmless "THE FORUM" from any and all claims arising from Member's misuse, misapplication, misunderstanding and/or breach of the above terms and conditions without limitation.

## Liquidated Damages

Member accepts and irrevocably agrees that each and every disclosure of materials appearing in, on or linked to "THE FORUM" without prior express written consent of "THE FORUM", shall make Member liable to pay $2,500 to "THE FORUM" as liquidated damages, such amount agreed as being the reasonable and appropriate value of actual harm caused for each and every disclosure. This provision shall bind Member for all instances of disclosure occurring during the time Member has privileges to use "THE FORUM" materials and shall extend after termination (for any reason) of such privileges for a period of 60 months from the date Member no longer has access to privileges.