# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD and WES NEWMAN, individually and on behalf of others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>*Defendant.* | Case No. 4:24-mc-142<br>Judge Mazzant |

### DEFENDANT ALLSTATE INSURANCE COMPANY'S NOTICE OF SERVING MEMORANDUM OPINION AND ORDER [DKT. NO. 8]

Defendant Allstate Insurance Company, by and through undersigned counsel, hereby gives notice of serving the Memorandum Opinion and Order [Dkt. No. 8] on Non-Party Brainstorm CC, LLC d/b/a www.robocalls.cash, as ordered by the Court.  Pursuant to the Court's Order, Brainstorm CC, LLC d/b/a www.robocalls.cash has 14 days from the date of the Order to comply with the Subpoena.

Dated: August 12, 2025

Respectfully submitted,

**AKERMAN LLP**

/s/*James E. Rogers*
JAMES E. ROGERS
Texas Bar No. 24051265
1300 Post Oak Boulevard
Suite 2300
Houston, TX  77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527
Email: james.rogers@akerman.com
Email: annette.ochoa@akerman.com

*Counsel for Allstate Insurance Company*

82718898;1

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2025, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record and will also be served via e-mail and U.S. mail, first class, postage prepaid on:

Lee "Doc" Compton, Registered Agent
BRAINSTORM XX, LLC
PO Box 3366
McKinney, TX 75070
(469)239-3200
Email: support@robocalls.cash

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis Street, Suite 500
Evanston, Illinois 60201
Telephone: (312) 729-5288
Email: dmarovitch@burkelawllc.com
Email: aburke@burkelawllc.com

                                            */s/James E. Rogers*
                                            JAMES E. ROGERS

82718898;1